UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARISTOTLE PAPAIOANNOU,

    Plaintiff,     Case No. 25-10386
                     Hon. Jonathan J.C. Grey

v.

HAIR SPA LA, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 25, 2025, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), Plaintiff Aristotle Papaioannou filed a notice of dismissal without prejudice with respect to his claims against Defendant Hair Spa LA, LLC. (ECF No. 3.)

The Court, having reviewed the notice of dismissal, now **HEREBY ORDERS** that this cause of action is **DISMISSED WITHOUT PREJUDICE**.

    SO ORDERED.

                                           **s/Jonathan J.C. Grey**
                                           Jonathan J.C. Grey
Date:  March 26, 2025                  United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 26, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
